## Altoona Trust Company v. Ison, et al.

## Swift Coal and Timber Company v. Same.

(Decided September 27, 1916.)

### Appeals from Letcher Circuit Court.

Interest—Specific Performance.—In an action for the specific performance of a contract for the sale of land, interest will not be adjudged from the date the purchase price is due where the vendors have failed to make a deed and have themselves remained in possession of the land. Interest will go only from the date the proper deed is tendered by the grantors.

DISHMAN, TINSLEY & DISHMAN for appellants.

WOOTTON & MORGAN, S. E. BAKER and D. D. FIELDS & DAY for appellees.

EXTENDED OPINION OF THE COURT BY WILLIAM ROGERS CLAY, COMMISSIONER—Modifying Judgment.

In our original opinion we overlooked the fact that the decree of specific performance in favor of the Swift Coal and Timber Company provided for the payment of interest on the purchase price from the time the purchase price was due under the contract. Inasmuch, how-

ever, as the Isons failed to make a deed in conformity to the contract and deliver the land to the Swift Coal and Timber Company, but have themselves been in possession of the land, we think the decree in this respect is erroneous. Interest will go only from the date the proper deed is tendered by the Isons.

Wherefore, the petition for the extension of the former opinion is granted, with directions to modify the judgment as herein indicated.